# ELECTRONIC RECORD

COA #   05-13-01661-CR                    OFFENSE:  19.02

STYLE:  Julio Cesar Villalba v. The State of Texas        COUNTY:  Dallas

COA DISPOSITION:      AFFIRM           TRIAL COURT:  204th Judicial District Court

DATE: 03/31/2015              Publish: NO   TC CASE #:    F-1258991-Q

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Julio Cesar Villalba v. The State of Texas

_APPELLANT'S_  Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_refused_

DATE:  July 29, 2015

JUDGE:  PC

CCA #:      **538-15**

CCA Disposition: _____

DATE:      _____

JUDGE:      _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**